# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS1 | E 2157807 | Dowding | 5121 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☒ USC  ☐ State Code |
|---|---|
| 03/07/2024 0857 | Title 21 SEC 844 |

**Place of Offense**
GATES SEARCH LANE, MCRD SAN DIEGO, CA

☐ HAZMAT

**Offense Description: Factual Basis for Charge**
POSSESSION OF A CONTROLLED SUBSTANCE

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| CARLE | SABRINA | A |

Street Address: [redacted]

| Reg No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 290 NXT | OR | 12 | MAZDA/3 | | gray |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 West Broadway, San Diego, CA 92101
Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2157807*

---

(For issuance of an arrest warrant or summons)

I state that on **07 March**, 20**24** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

See attached

---

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03 07 2024**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/25/2024 13:48